```
CARLA LAQUATA BURKS              KIA MOTORS FINANCE
3505 32ND AVE                    ATTN: BANKRUPTCY
MERIDIAN, MS 39305               PO BOX 20825
                                 FOUNTAIN VALLEY, CA 92728


THOMAS C. ROLLINS, JR.           LENDMARK FINANCIAL SER
THE ROLLINS LAW FIRM, PLLC       2118 USHER ST.
P.O. BOX 13767                   COVINGTON, GA 30014
JACKSON, MS 39236


AFFIRM                           MOHELA
443 IRVING DR                    ATTN: BANKRUPTCY
BURBANK, CA 91504                P.O.BOX 9635
                                 WILKES BARR, PA 18773


AUSTIN CAPITAL BANK              MS DEPT OF REVENUE
ATTN: BANKRUPTCY DEPT            BANKRUPTCY SECTION
8100 SHOAL CREEK BLVD            PO BOX 22808
STE 100                          JACKSON, MS 39225-2808
AUSTIN, TX 78757


CONTINENTAL FINANCE CO           NAVY FEDERAL CU
ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY
4550 LINDEN HILL RD              PO BOX 3302
STE 4                            MERRIFIELD, VA 22119
WILMINGTON, DE 19808


CYNTHIA FULMORE-OAKLEY           REGIONAL FINANCE
2245 POPLAR SPRINGS DR           979 BATESVILLE RD
MERIDIAN, MS 39301               GREER, SC 29651


FARMERS INSURANCE FCU            RYAN BURKE LLC
ATTN: BANKRUPTCY                 5930 DOGWOOD DR
P.O. BOX 2723                    TOOMSUBA, MS 39364
TORRANCE, CA 90509


INTERNAL REVENUE SERVI           US ATTORNEY GENERAL
CENTRALIZED INSOLVENCY           US DEPT OF JUSTICE
P.O. BOX 7346                    950 PENNSYLVANIA AVENW
PHILADELPHIA, PA 19101-7346      WASHINGTON, DC 20530-0001


INTERNAL REVENUE SERVI           WILLIAMS & FUDGE, INC.
C/O US ATTORNEY                  ATTN: BANKRUPTCY
501 EAST COURT ST                PO BOX 708310
STE 4.430                        BELMONT HEIGHTS, UT 84070
JACKSON, MS 39201
```