# Proceeding Minutes / Proceeding Memo

**Case #:** 25-02657  **Case Name:** Carla Laquata Burks

**Set:** 12/16/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #16) - RESET TO 1/20/26 PER REQUEST OF PARTIES

Minute Entry Re: (related document(s): [10] Confirmation Hearing) The Objection filed by the Trustee (Dkt. #16) is reset to 1/20/26. Confirmation hearing removed. (mcc)