# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Carla Laquata Burks, Debtor                Case No. 25-02657-KMS
                                                     **CHAPTER 13**

## NOTICE OF OBJECTON TO CLAIM

**You are hereby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S Bankruptcy Court<br>
Southern District of Mississippi<br>
Danny L. Miller<br>
P.O. Box 2448<br>
Jackson, MS 39225-2448

and a copy must be served on the undersigned Debtor's attorney and the case trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time, and place of the hearing thereon.

This date, January 9, 2026.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Carla Laquata Burks, Debtor                          Case No. 25-02657-KMS
                                                                CHAPTER 13

### OBJECTON TO PROOF OF CLAIM # 5 AS FILED BY
### RYAN BURKE INVESTMENTS, LLC

COMES NOW Debtor, by and through counsel, and files this Objection to Proof of Claim # 5 as filed by Ryan Burke Investments, LLC ("Creditor" on or about December 15, 2025, in the amount of $59,325.63 and would show that:

1. Creditor lists the arrears as the full amount owed on the mortgage. However, based on the promissory note attached to the claim, the mortgage has not come to term yet.

2. Official Form 410A is not attached to the proof of claim.

3. A payment history detailing payments received and current arrears is not attached to the claim.

4. The Trustee should start paying the claim as proposed in the plan until an amended claim is filed.

Creditor should be required to amend the proof of claim to list the correct arrears and include a Form 410 A and payment history for the mortgage.

This date, January 9, 2026.

                                                             Respectfully submitted,

                                                             By: /s/ Thomas C. Rollins, Jr.
                                                                   Thomas C. Rollins, Jr.
                                                                   Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm

P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

## CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice of Objection and Objection were forwarded on January 9, 2026, to:

By first class mail, postage pre-paid:

    Ryan Burke Investments, LLC
    1124 De Lussan Ln
    Summerland Key, FL 33042

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

                                             /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr.