IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Carla Laquata Burks, Debtor                    Case No. 25-02657-KMS
                                                        CHAPTER 13

### ORDER DISALLOWING PROOF OF CLAIM # 5 AS FILED BY RYAN BURKE INVESTMENTS, LLC

THIS CAUSE having come on this date on the Debtor's Objection to Proof of Claim # 5 as Filed by Ryan Burke Investments, LLC (DK #___), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Proof of Claim 5 as Filed by Ryan Burke Investments, LLC is granted. and further, Creditor shall file an amended claim to include the correct arrears, a Form 410 A, and payment history for the mortgage. The Trustee shall start paying the claim per the Plan until an amended claim is filed.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com