United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-02657-KMS
Carla Laquata Burks  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Feb 20, 2026      Form ID: n031      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carla Laquata Burks, 3505 32nd Ave, Meridian, MS 39305-3626 |
| 5578825 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5578828 | + | Cynthia Fulmore-Oakley, 2245 Poplar Springs Dr, Meridian, MS 39301-2128 |
| 5578829 | + | Farmers Insurance FCU, Attn: Bankruptcy, P.O. Box 2723, Torrance, CA 90509-2723 |
| 5578832 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 5578834 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |
| 5601986 | + | Ryan Burke Investments, LLC, 1124 De Lussan Ln, Summerland Key FL 33042-4322 |
| 5578838 | + | Ryan Burke LLC, 5930 Dogwood Dr, Toomsuba, MS 39364-9439 |
| 5578840 | + | Williams & Fudge, Inc., Attn: Bankruptcy, Po Box 708310, Belmont Heights, UT 84070-8313 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5578826 | | Email/Text: CSBankruptcy@austincapitalbank.com | Feb 20 2026 19:32:00 | Austin Capital Bank, Attn: Bankruptcy Dept, 8100 Shoal Creek Blvd, Ste 100, Austin, TX 78757 |
| 5590441 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 19:40:19 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5613954 | + | Email/Text: CSBankruptcy@austincapitalbank.com | Feb 20 2026 19:32:00 | Austin Capital Bank, SSB, 3305 Steck Ave, Suite 275, Austin, TX 78757-8154 |
| 5578827 | | Email/Text: cfcbackoffice@contfinco.com | Feb 20 2026 19:32:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 5578830 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 20 2026 19:32:00 | Department of Treasury-Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5605276 | ^ | MEBN | Feb 20 2026 19:27:41 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 5578831 | + | Email/Text: ebone.woods@usdoj.gov | Feb 20 2026 19:32:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5578833 | + | Email/Text: bk@lendmarkfinancial.com | Feb 20 2026 19:32:00 | Lendmark Financial Serices, LLC, 2118 Usher Street, Covington, GA 30014-2434 |
| 5603295 | | Email/Text: sheri@masinc.org | Feb 20 2026 19:32:00 | MERCHANTS ADJUSTMENT SERVICE, PO BOX 7511, MOBILE, AL 36670 |
| 5578835 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Feb 20 2026 19:32:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5607168 | + | Email/Text: bk@microf.com | Feb 20 2026 19:33:00 | Microf LLC, Overlook I, 2849 Paces Ferry Rd SE, Suite 625, Atlanta, GA 30339-5742 |
| 5578836 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 20 2026 19:33:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 20, 2026 | Form ID: n031 | Total Noticed: 25 |

| Recip ID | Bypass | Email/Route | Date/Time | Name and Address |
|---|---|---|---|---|
| 5613583 | | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 20 2026 19:33:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA, 22119-3000 |
| 5579250 | + | Email/Text: bankruptcy@regionalmanagement.com | Feb 20 2026 19:32:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5578837 | + | Email/Text: bankruptcy@regionalmanagement.com | Feb 20 2026 19:32:00 | Regional Finance, 979 Batesville Rd, Greer, SC 29651-6819 |
| 5578839 | ^ | MEBN | Feb 20 2026 19:27:38 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Navy Federal Credit Union |
| cr | *+ | Ryan Burke Investments, 1124 De Lussan Ln, Summerland Key, FL 33042-4322 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 22, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Carla Laquata Burks trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02657−KMS
**Chapter:** 13

**In re:**

Carla Laquata Burks
aka Carla Burks
3505 32nd Ave
Meridian, MS 39305

Notice of Entry of Order Confirming Plan

The Court entered an Order on February 20, 2026 (Dkt. # 33 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: February 20, 2026                              Danny L. Miller, Clerk of Court