UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
CARLA LaQUATA BURKS  
3505 32nd Ave  
Meridian, MS  39305

CHAPTER 13 PROCEEDING:  
25-02657 KMS

## MOTION TO INCREASE PLAN PAYMENT

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtor is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtor for the following reason: the mortgage claim, Claim No. 5, of Ryan Burke Investments, LLC was amended pursuant to Order, dk #30.  The amended claim contains an arrearage claim of $13,914.14 which is more than provided for in the plan.

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtor's Plan Payment to the sum of $2,462.75 per month beginning with the month of April 20, 2026.

RESPECTFULLY SUBMITTED:  March 04, 2026

/s/  DAVID RAWLINGS  
DAVID RAWLINGS, TRUSTEE  
P.O. BOX 566  
HATTIESBURG, MS  39403

## CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtor, Debtor's Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day,  March 04, 2026.

DEBTOR:  
CARLA LaQUATA BURKS  
3505 32nd Ave  
Meridian, MS  39305

ATTORNEY FOR DEBTOR:  
THOMAS C. ROLLINS, JR  
P O Box 13767  
Jackson, MS  39236

U.S. TRUSTEE:  
501 East Court Street  
Suite 6-430  
Jackson, MS  39201

/s/  DAVID RAWLINGS  
DAVID RAWLINGS, TRUSTEE