UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
CARLA LaQUATA BURKS

BANKRUPTCY CASE NO.  
25-02657 KMS

## ORDER INCREASING PLAN PAYMENT

THIS MATTER CAME BEFORE THE COURT on Trustee's Motion to Increase Plan Payment (DK#37) and the Court finds that no response to the Motion was filed and that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the Plan payment be, and the same hereby is, increased to the sum of $2,462.75 per month beginning the month of April 20, 2026.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE  
P.O. BOX 566  
HATTIESBURG, MS 39403  
(601) 582-5011  
ecfNotices@rawlings13.net