

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   CARLA LaQUATA BURKS

        DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

                                  CHAPTER 13 BANKRUPTCY
                                  CASE NO. 25-02657 KMS

### ORDER ON TRUSTEE'S
### <u>OBJECTION TO UNSECURED CLAIM</u>

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to the Unsecured Claim (Court Claim No. 12) of NAVY FEDERAL CREDIT UNION (Docket No. 29), and the Creditor having failed to respond, the Court finds that said Objection should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that said Claim is not allowed as an unsecured claim.

##END OF ORDER##

Submitted By:

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net